**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
_Central_ **DIVISION**

Donesha Jackson

_____

_____
(Name of plaintiff or plaintiffs)

v.

Arkansas Department of HumanService

_____

Josie Hatley
(Name of defendant or defendants)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 7 2026

**TAMMY H. DOWNS, CLERK**

By:_____
DEP CLERK

CIVIL ACTION NO. _4:26-cv-178-KGB_
(case number to be supplied by the assignment clerk)

This case assigned to District Judge _Baker_
and to Magistrate Judge _Kearney_

**COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

1.      This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2.      Plaintiff, _Donesha Jackson_, is a
(name of plaintiff)
citizen of the United States and resides at _PO Box 1704_ ,
(street address)
_Pine Bluff_ , _Jefferson_ , _Arkansas_ , _71613_ ,
(city)                (county)                (state)                (ZIP)
_870-329-9708_ .
(telephone)

3.      Defendant, _Arkansas Department of Human Services_, lives at, or its
(name of defendant)
business is located at _700 Main Street_ , _Little Rock_ ,
(street address)                (city)
_Pulaski_ , _Arkansas_ , _72203_ .
(county)                (state)                (ZIP)

4.      Plaintiff sought employment from the defendant or was employed by the

defendant at **912 S. Poplar**, **Pine Bluff**,
(street address)       (city)

**Jefferson**, **Arkansas**, **71601**.
(county)     (state)        (ZIP)

5.     Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about **10** **13** **2025 - Varying Dates**
                                            (month)        (day)        (year)

6.     Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about **9** **26** **25**.
                                            (month)        (day)        (year)

7.     The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on **11** **26** **25**, a copy of which notice
                                            (month)    (day)    (year)
is attached to this complaint.

8.     Because of plaintiff's (1) ___✓___ race, (2) _____ color, (3)_____ sex,

(4) _____ religion, (5) _____ national origin, defendant:

       (a) _____ failed to employ plaintiff.

       (b) ___✓___ terminated plaintiff's employment.

       (c) ___✓___ failed to promote plaintiff.

       (d) _____ _____

_____

_____

_____

_____

9.     The circumstances under which the defendant discriminated against plaintiff were

as follows: _I am claiming wrongful termination, failure to promote after being instructed to apply for open job positions by management, who was only willing to place me in demoted job positions. I am claiming unlawful retaliation against a protected class and employment discrimination. My previously filed complaints Case numbers are: 4:24-CV-00445 and 4:25-CV-00945._

10.    The acts set forth in paragraph 9 of this complaint:

(a) _____ are still being committed by defendant.

(b) _____ are no longer being committed by defendant.

(c) _____ may still be being committed by defendant.

11.    Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

(a) _____ Defendant be directed to employ plaintiff, and

(b) ___✓___ Defendant be directed to re-employ plaintiff, and

(c) ___✓___ Defendant be directed to promote plaintiff, and

(d) ✓ Defendant be directed to _pay lost wages, punitive and compensatory damages. I have a grievance hearing set_

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, _for 2/27/26._

costs and attorney's fees.

_Donesha Jackson_
SIGNATURE OF PLAINTIFF



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Little Rock Area Office**
820 Louisiana St, Suite 200
Little Rock, AR 72201
(501) 900-6130
Website: www.eeoc.gov

## DISMISSAL
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/26/2025

**To:**  Ms. Donesha S. Jackson
PO Box 1704
Pine Bluff, AR 71613
Charge No: 493-2025-03450

EEOC Representative and email:          Margie Myers
Investigator
Margie.myers@eeoc.gov

---

## DISMISSAL

The EEOC is closing this charge because: Charging Party amended her May 20, 2024, filing in United States District Court to include allegations.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 493-2025-03450.

On behalf of the Commission,

**Digitally Signed By: William A Cash**
**11/26/2025**
_____
William A Cash
Area Office Director

**Cc:**
Kitten Dixon
Arkansas Department of Human Services
P.o. Box 1437 S260
Little Rock, AR 72203

Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 493-2025-03450 to the District Director at Delner Franklin-Thomas, 200 Jefferson Ave Suite 1400, Memphis, TN 38103.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 493-2025-03450 to the District Director at Delner Franklin-Thomas, 200 Jefferson Ave Suite 1400, Memphis, TN 38103.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a